LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-01256 BRO (MANx) | Date | April 9, 2015 |
|---|---|---|---|
| Title | JAMES LOMAKO V. CITY OF PASADENA ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendants City of Pasadena, Mark Jomsky, Michael Beck, Michele Bagneris, Margaret McAustin, Gene Masuda, and Steve Madison's motion to dismiss. (Dkt. No. 22.) When Defendants filed their motion, they set the hearing date for April 27, 2015. (Dkt. No. 22.) Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition to Defendants' motion was due no later than April 6, 2015. Yet as of today, Plaintiff has filed no opposition. Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Defendants' motion should not be granted. Plaintiff's response to this order to show cause must be filed **no later than Wednesday, April 15, 2015, at 4:00 p.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendants' motion.

IT IS SO ORDERED. :

Initials of Preparer    rf